IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRIAN HANZLIK-STUART,<br><br>                    Defendant. | **8:16CR167**<br><br>**ORDER** |

       This matter is before the court on the Plaintiff's motion to dismiss the Petition for Offender Under Supervision, Filing No. 70. The court finds the motion should be granted.

IT IS ORDERED that:

1) The plaintiff's motion to dismiss, Filing No. 70, is granted; and
2) The Petition for Offender Under Supervision, Filing No. 50, is dismissed and the hearing set for August 8, 2022 is cancelled.

Dated this 2nd day of August, 2022.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon<br>
                                                      Senior United States District Judge